### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RONALD RIVA, III, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | ) Case No. CIV-12-486-F |
| | ) |
| WARDEN, FCI El Reno, | ) |
| | ) |
| Respondent. | ) |

### ORDER

On May 31, 2012, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended that petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 be dismissed without prejudice for failure to exhaust administrative remedies. Magistrate Judge Bacharach advised the parties of their right to file a objection to the Report and Recommendation by June 18, 2012, and further advised the parties that failure to timely object would foreclose appellate review of the suggested ruling.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on May 31, 2012 (doc. no. 18) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**. Petitioner's petition for a writ of habeas corpus under

28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**.  Judgment shall issue forthwith.

DATED July 2, 2012.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0486p001.wpd